| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Adrienne Lee O'Brien<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4307<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    16–24769–ABA | | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Adrienne Lee O'Brien
dba Adrienne O'Brien, fka Adrienne Krzyk

10/13/21

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 16-24769-ABA
Adrienne Lee O'Brien                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                                     User: admin                                              Page 1 of 4
Date Rcvd: Oct 13, 2021                                 Form ID: 3180W                                Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adrienne Lee O'Brien, 55 Kenwood Drive, Sicklerville, NJ 08081-4209 |
| cr | + | JPMorgan Chase Bank, National Association, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | JPMorgan Chase Bank, National Association, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 516318581 | + | Chase Corporation, 10790 Rancho Bernaro, San Diego, CA 92127-5705 |
| 516386367 | | Commonwealth of Pennsylvania, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 518633855 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518633856 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Federal Home Loan Mortgage Corporation, 84119-3284 |
| 518732727 | | Federal Home Loan Mortgage Corporation, as Trustee, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 516318601 | + | Miraca Life Sciences, PO Box 841830, Dallas, TX 75284-1830 |
| 516318605 | + | Penn Valley Anes Assoc, PO Box 1742, Mount Laurel, NJ 08054-7742 |
| 516318607 | | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 516318606 | | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 516406776 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, Division Of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 516318608 | + | Shawn M. O'Brien, 55 Kenwood Drive, Sicklerville, NJ 08081-4209 |
| 517354433 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517354434 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516325611 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 516318613 | + | The Endo Center at Voorhees, 93 Cooper Road, Suite 100, Voorhees, NJ 08043-4910 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516318577 | + | EDI: AMEREXPR.COM | Oct 14 2021 00:23:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 516443526 | | EDI: BECKLEE.COM | Oct 14 2021 00:23:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516318578 | + | EDI: CITICORP.COM | Oct 14 2021 00:23:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516318587 | | Email/Text: megan.harper@phila.gov | Oct 13 2021 20:25:00 | City of Philadelphia, Department of Revenue, PO Box 1393, Philadelphia, PA 19105-9731 |
| 516318586 | | Email/Text: megan.harper@phila.gov | Oct 13 2021 20:25:00 | City of Philadelphia, Dept of Revenue, Po Box 1630, Philadelphia, PA 19105-1630 |

Case 16-24769-ABA    Doc 69    Filed 10/15/21    Entered 10/16/21 00:15:36    Desc Imaged
                          Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 13, 2021 | Form ID: 3180W | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| 516318585 | Email/Text: megan.harper@phila.gov | Oct 13 2021 20:25:00 | City of Philadelphia, Philadelphia Dept of Revenue, PO Box 1670, Philadelphia, PA 19105-1670 |
| 516318579 | + EDI: CAPITALONE.COM | Oct 14 2021 00:23:00 | Cap1/Boscv, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516318584 | + EDI: CITICORP.COM | Oct 14 2021 00:23:00 | CitiCards CBNA, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 516386366 | + EDI: CITICORP.COM | Oct 14 2021 00:23:00 | Citibank Customer Service, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 516318588 | + EDI: WFNNB.COM | Oct 14 2021 00:23:00 | Comenity Capital Bank/BOSC, PO Box 182120, Columbus, OH 43218-2120 |
| 516525478 | + EDI: WFNNB.COM | Oct 14 2021 00:23:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516394355 | EDI: CRFRSTNA.COM | Oct 14 2021 00:23:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516318589 | EDI: CRFRSTNA.COM | Oct 14 2021 00:23:00 | Credit First Natl Assoc, PO Box 81315, Cleveland, OH 44181-0315 |
| 516318590 | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2021 20:23:15 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 516318593 | EDI: DISCOVER.COM | Oct 14 2021 00:23:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 516326795 | EDI: DISCOVER.COM | Oct 14 2021 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516318596 | EDI: HY11.COM | Oct 14 2021 00:23:00 | Hyundai Finance, HMF, Attention: Bankruptcy Dept., PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516318597 | EDI: HY11.COM | Oct 14 2021 00:23:00 | Hyundai Finance, PO Box 20835, Fountain Valley, CA 92728-0835 |
| 516515285 | + EDI: HY11.COM | Oct 14 2021 00:23:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516318592 | EDI: IRS.COM | Oct 14 2021 00:23:00 | Department of the Treasury, Internal Revenue Service, PO Box 69, Memphis, TN 38101-0069 |
| 516318580 | EDI: JPMORGANCHASE | Oct 14 2021 00:23:00 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850 |
| 516318582 | EDI: JPMORGANCHASE | Oct 14 2021 00:23:00 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 516318583 | EDI: JPMORGANCHASE | Oct 14 2021 00:23:00 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850 |
| 516318600 | + Email/Text: BKRMailOPS@weltman.com | Oct 13 2021 20:25:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 516418385 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 20:24:01 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516432082 | + EDI: MID8.COM | Oct 14 2021 00:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516366726 | + EDI: NFCU.COM | Oct 14 2021 00:23:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 516318602 | EDI: NFCU.COM | Oct 14 2021 00:23:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 516432879 | + EDI: AGFINANCE.COM | Oct 14 2021 00:23:00 | ONEMAIN FINANCIAL, 605 MUNN ROAD, |

Case 16-24769-ABA    Doc 69    Filed 10/15/21    Entered 10/16/21 00:15:36    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 3180W | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | | FT. MILL, SC 29715-8421 |
| 516318603 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2021 20:25:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516318604 | + | EDI: AGFINANCE.COM | Oct 14 2021 00:23:00 | OneMain Financial, 6801 Colwell Blvd, C/S Care Dept, Irving, TX 75039-3198 |
| 516794136 | | EDI: PRA.COM | Oct 14 2021 00:23:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 516794137 | | EDI: PRA.COM | Oct 14 2021 00:23:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 516522904 | | EDI: PRA.COM | Oct 14 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516523295 | | EDI: PRA.COM | Oct 14 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Elan Fulton Bank, POB 41067, Norfolk VA 23541 |
| 516521429 | | EDI: PRA.COM | Oct 14 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516386368 | + | EDI: RMSC.COM | Oct 14 2021 00:23:00 | Pay Pal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 516420009 | | EDI: Q3G.COM | Oct 14 2021 00:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518055995 | + | Email/Text: bncmail@w-legal.com | Oct 13 2021 20:25:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518055994 | + | Email/Text: bncmail@w-legal.com | Oct 13 2021 20:25:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516318610 | | EDI: RMSC.COM | Oct 14 2021 00:23:00 | Syncb/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 516318611 | + | EDI: RMSC.COM | Oct 14 2021 00:23:00 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 516318612 | | EDI: TDBANKNORTH.COM | Oct 14 2021 00:23:00 | TD Bank NA, 32 Chestnut Street, Lewiston, ME 04240 |
| 516318614 | | EDI: CITICORP.COM | Oct 14 2021 00:23:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516318594 | | EDI: USBANKARS.COM | Oct 14 2021 00:23:00 | Elan Financial, CB Disputes, PO Box 108, Saint Louis, MO 63166 |
| 516318595 | | EDI: USBANKARS.COM | Oct 14 2021 00:23:00 | Elan Financial Service, PO Box 108, Saint Louis, MO 63166 |
| 516318616 | + | EDI: WFFC.COM | Oct 14 2021 00:23:00 | WFFNB/Furniture Barn, CSCL DSP TM MAC N8235-04M, PO Box 14517, Des Moines, IA 50306-3517 |
| 516345901 | + | EDI: WFFC.COM | Oct 14 2021 00:23:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516375804 | | EDI: WFFC.COM | Oct 14 2021 00:23:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 516318615 | + | EDI: WFFC.COM | Oct 14 2021 00:23:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 52

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 13, 2021 | Form ID: 3180W | Total Noticed: 70 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516318591 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Service, PO Box 9019, Holtsville, NY 11742-9019 |
| 516318599 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516318598 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 516318609 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 516345921 | *+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021                                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank  N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor JPMorgan Chase Bank  National Association NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joel R. Spivack | on behalf of Debtor Adrienne Lee O'Brien joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |

TOTAL: 6