Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  16–24769–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Adrienne Lee O'Brien
 dba Adrienne O'Brien, fka Adrienne Krzyk
 55 Kenwood Drive
 Sicklerville, NJ 08081

Social Security No.:
 xxx–xx–4307

Employer's Tax I.D. No.:

_____

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 15, 2021</u>              <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court